KATHERINE G. IVIMEY ET AL. *v.* AMERICAN
BANK OF CONNECTICUT

The petition of the plaintiffs Katherine G. Ivimey and John R. Ivimey, Sr., for certification for appeal from the Appellate Court, 31 Conn. App. 921 (AC 11074), is denied.

*Katherine G. Ivimey,* pro se, and *John R. Ivimey, Sr.,* pro se, in support of the petition.

*Scott Garver,* in opposition.

Decided September 15, 1993

STEPHEN N. SORAK *v.* MUSLIM M. MUSTAFA

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 924 (AC 11395), is denied.

*Matthew D. Gilmond* and *Thomas P. Cella,* in support of the petition.

*Michael T. Dolan,* in opposition.

Decided September 15, 1993

MICHAEL A. ROBINSON *v.* SOUTHERN NEW
ENGLAND TELEPHONE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 925 (AC 11638), is granted. It is further ordered that the matter be remanded to the Appellate Court for proceedings not inconsistent with this court's decision in *Genovese* v. *Gallo Wine Merchants, Inc.,* 226 Conn. 475 (1993).

*Michael A. Robinson,* pro se, in support of the petition.

*Diana Garfield,* in opposition.

Decided September 15, 1993